**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LAURA TOGUT, on behalf of herself and all
Others similarly situated,
                     Plaintiff,

    -against-                                   17 **CIVIL** 5616 (RWS)

                                               **JUDGMENT**

FOREVER 21, INC., and FOREVER 21
RETAIL, INC.,
                     Defendants.
------------------------------------------------------------X



       Defendants Forever 21, Inc. and Forever 21 Retail, Inc. (collectively, the "Defendants") having moved pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) to dismiss the Complaint of Plaintiff Laura Togut ("Togut" or the "Plaintiff"), and the matter having come before the Honorable Robert W. Sweet, United States District Judge, and the Court, on January 15, 2018, having rendered its Opinion granting Defendants' motions to dismiss, and dismissing the complaint, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated January 15, 2018, Defendants' motion to dismiss is granted and the Complaint is dismissed.

**Dated:** New York, New York
           January 17, 2018

                                                    **RUBY J. KRAJICK**
                                                     **Clerk of Court**
                                      **BY:**
                                                        **Deputy Clerk**

                                                  THIS DOCUMENT WAS ENTERED
                                                  ON THE DOCKET ON 1/17/2018